Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52898.**—Herzig & Hart, Inc. *v.* United States, protest 136750–K (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52899.**—Sam Forwand Co. *v.* United States, protests 141163–K, etc. (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52900.**—Standard Synthetics, Inc. *v.* United States, protest 111476–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of labdanum oil the same in all material respects as that the subject of *Standard Synthetics, Inc.* v. *United States* (21 Cust. Ct. 20, C. D. 1119), the claim of the plaintiff was sustained.

**No. 52901.**—P. R. Dreyer, Inc., et al. *v.* United States, protests 128897–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of mandarin oil the same in all material respects as that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiffs was sustained.

**No. 52902.**—Alltransport, Incorporated *v.* United States, protest 142750–K (New York).

Opinion by Mollison, J. There was some question as to the actual date of liquidation, which was not resolved by examination of the protest and official papers. In view of the fact, however, that plaintiff failed to appear or to prosecute its case, the protest was dismissed.